# Exhibit 2

| US10200834B2 | nDreams' Ghostbusters: Rise of the Ghost Lord ("The Accused Instrumentality") |
|---|---|
| 1. A sports device, comprising: a device body; | The accused instrumentality utilizes at least in internal testing and usage, a sports device (i.e., an AR/VR headset utilized to play the accused instrumentality) comprising a device body (i.e., a device body of AR/VR headset).<br><br>As shown below, the accused instrumentality induces its users to use an AR/VR headset such as Meta Quest 3 to play the game. It must have utilized the headset for internal testing and usages. The headset comprises a device body.<br><br><br>https://ndreams.com/games/ghostbustersvr |

| | |
|---|---|
| | We're excited to team up once again with Sony Pictures Virtual Reality to reveal a brand new story trailer for **Ghostbusters: Rise of the Ghost Lord**. Debuted at the latest **Meta Quest Gaming Showcase**, uncover new details on the larger-than-life supervillain Ghost Lord.<br>https://ndreams.com/news/ghostbusters-rise-of-the-ghost-lord-story-trailer<br><br>Platform:<br>PlayStation VR2 Meta Quest 2 Meta Quest 3<br>Meta Quest Pro<br>https://ndreams.com/games/ghostbustersvr |

| | |
|---|---|
| | <br>https://www.meta.com/quest/quest-3/ |




https://www.meta.com/experiences/ghostbusters-rise-of-the-ghost-lord/4746232908818706/

A GAME MODE FOR EVERY GHOSTBUSTER

Mini-Pufts have invaded your living in Mini-Puft Mayhem! Blast them away with the power of Meta Quest 3's unique mixed reality capabilities.

Join our community on the Ghostbusters Discord for info, tips, and game support!
https://discord.gg/ndreams

https://www.meta.com/experiences/ghostbusters-rise-of-the-ghost-lord/

| | |
|---|---|
| | 4746232908818706/<br><br>**Who You Gonna Call? 'Ghostbusters: Rise of the Ghost Lord' Now Available on Meta Quest**<br><br>Blog \| Oct 27, 2023 \|<br><br>Whether you saw the original films in theaters, grew up on the animated series, or just recently jumped on the franchise with 2021's *Afterlife*, odds are that *Ghostbusters* holds a special place in your heart. And now you can step inside the franchise and actually become a Ghostbuster with the launch of *Ghostbusters: Rise of the Ghost Lord* from developer nDreams and publisher Sony Pictures Virtual Reality (SPVR).<br><br>https://www.meta.com/blog/ghostbusters-rise-ghost-lord-sony-ndreams-vr-slimer/ |

| | |
|---|---|
| | <br>https://www.meta.com/quest/quest-3/buy-now/ |
| a processor in the device body and coupled to a wireless transceiver; | The accused instrumentality utilizes at least in internal testing and usage a device (e.g., AR/VR headset) that comprises a processor (i.e., a processor such as Snapdragon XR2 Gen 2 processor) in the device body (i.e., AR/VR headset body) and coupled to a wireless transceiver (i.e., wireless Wi-Fi 6E and Bluetooth).<br><br>As shown below, the accused instrumentality induces its users to use an AR/VR headset such as Meta Quest 3 to play the game. It must have utilized the headset for internal testing and usages. The headset comprises a device body. The AR/VR headset is powered by the Snapdragon XR2 Gen 2 processor (i.e., a processor) and features Qualcomm FastConnect Wi-Fi 6E technology and Bluetooth (i.e., wireless transceiver). |

| | |
|---|---|
| | We're excited to team up once again with Sony Pictures Virtual Reality to reveal a brand new story trailer for **Ghostbusters: Rise of the Ghost Lord**. Debuted at the latest **Meta Quest Gaming Showcase**, uncover new details on the larger-than-life supervillain Ghost Lord.<br>https://ndreams.com/news/ghostbusters-rise-of-the-ghost-lord-story-trailer<br><br>Platform:<br>PlayStation VR2 Meta Quest 2 Meta Quest 3<br>Meta Quest Pro<br>https://ndreams.com/games/ghostbustersvr |

| | |
|---|---|
| | <br><br>https://www.meta.com/quest/quest-3/ |

| Specification | Meta Quest 3 |
|---|---|
| Chipset | Snapdragon XR2 Gen 2 |
| RAM | 8 GB |
| Storage | 128 GB / 512 GB |
| Display resolution | 2064 x 2208 per eye |
| Refresh rate | 72, 80, 90, 120 Hz |

https://developers.meta.com/horizon/resources/device-optimization-comparison/

## Is Meta Quest 3 wireless?

Yes, Meta Quest 3 is an all-in-one wireless VR headset.

https://www.meta.com/quest/quest-3/

**Demonstration and Results**

This technology demonstration involves multiple Meta Quest 3 devices, powered by the Snapdragon XR2 Gen 2 Platform and featuring Qualcomm FastConnect Wi-Fi 6E technology. The access point is a reference design powered by the Dragonwing NPro 7 Platform, configured with Dragonwing Service Defined Wi-Fi for QoS management.

https://www.qualcomm.com/news/onq/2025/06/how-meta-and-qualcomm-are-showcasing-the-future-of-mr-connectivi




https://www.ifixit.com/Guide/Meta+Quest+3+Chip+ID/165932

| | |
|---|---|
| | <br>https://www.ifixit.com/Guide/Meta+Quest+3+Chip+ID/165932 |
| a camera sensor coupled to the device body to provide a 3D model of an object and a distance of the object from the device to the processor to be displayed on a display; | The accused instrumentality, at least in internal testing and usage, discloses a camera sensor (i.e., a camera of the AR/VR headset such as dual RGB cameras of Meta Quest) coupled to the device body (i.e., mounted on the AR/VR headset such as Meta Quest) to provide a 3D model of an object (i.e., virtual model of objects e.g., Mini-Puft) and a distance of the object (i.e., depth estimation and scene understanding from the camera data) to the processor (i.e., processor of the AR/VR headset such as Meta Quest i.e., Snapdragon XR2 Gen 2 processor) to be displayed on a display (i.e., shown on the display of the AR/VR headset such as Meta Quest).<br><br>As shown below, the accused instrumentality induces its users to use an AR/VR headset such as Meta Quest 3 to play the game. It must have utilized the headset for internal testing and usages. The headset comprises a device body. The AR/VR headset features dual RGB color cameras combined with a depth projector that deliver full-color, high-fidelity passthrough and enable depth estimation and scene understanding. The raw |

| | |
|---|---|
| | visual data from these cameras/3D sensors is converted into 3D shapes describing environmental features (e.g., walls, ceilings, doors) and distances, which are processed on-device and displayed to blend virtual and physical spaces (including in MR game modes such as Mini-Puft Mayhem).<br><br>We're excited to team up once again with Sony Pictures Virtual Reality to reveal a brand new story trailer for **Ghostbusters: Rise of the Ghost Lord**. Debuted at the latest **Meta Quest Gaming Showcase**, uncover new details on the larger-than-life supervillain Ghost Lord.<br>https://ndreams.com/news/ghostbusters-rise-of-the-ghost-lord-story-trailer<br><br>Platform:<br>PlayStation VR2 Meta Quest 2 Meta Quest 3<br>Meta Quest Pro<br>https://ndreams.com/games/ghostbustersvr |

| | |
|---|---|
| | <br>https://www.meta.com/quest/quest-3/ |

| | |
|---|---|
| | <br>https://www.meta.com/quest/quest-3/ |

| | |
|---|---|
| | **Seamlessly blend worlds**<br><br>Two RGB color cameras combine with a depth projector to deliver full-color, high-fidelity passthrough—giving you the ability to blend virtual and physical spaces.<br><br>https://www.meta.com/quest/quest-3/<br><br>However, building these 3D scene representations is a complex task. Current MR headsets like Meta Quest 3 create a virtual representation of physical spaces based on raw visual data from cameras or 3D sensors. This raw data is converted into a series of shapes that describe distinct features of the environment, like walls, ceilings, and doors. Typically, these systems rely on pre-defined rules to convert the raw data into shapes. Yet that heuristic approach can often lead to errors, especially in spaces with unique or irregular geometries.<br><br>https://ai.meta.com/blog/scenescript-3d-scene-reconstruction-reality-labs-research |

| | |
|---|---|
| | **Meta Quest 3 and Quest 3S**<br><br>ExecuTorch enables Meta Quest 3 and 3S to run advanced AI workloads — such as depth estimation and scene understanding — directly on the device. This local processing ensures fast, reliable performance, allowing features like Passthrough to seamlessly blend the physical world with virtual content. The result is a natural, realistic interaction with your environment, where the boundaries between virtual and physical spaces fade away. With high-performance AI features that are both responsive and convenient, these headsets deliver a next-level experience.<br><br>https://ai.meta.com/blog/executorch-reality-labs-on-device-ai<br><br>Immerse yourself in the thrills and fun of bustin' ghosts like never before on Meta Quest 2, 3, and Pro. Quash a Mini-Pufts invasion in your own home with the exclusive MR game mode Mini-Puft Mayhem. Save the city of San Francisco in a narrative campaign or team up with friends for some co-op action.<br><br>https://www.meta.com/blog/ghostbusters-rise-ghost-lord-sony-ndreams-vr-slimer/ |

**Tell us about the MR game mode.**

**JZ:** The MR game mode in *Ghostbusters: Rise of the Ghost Lord* offers an engaging and immersive experience that allows you to transform your home into a playground for battling an invasion of mischievous Mini-Pufts, those playful yet destructive marshmallow ghosts, right in your living room. This MR game mode not only provides an unprecedented level of interactivity but also allows players to enjoy the game in their real-life environment, blurring the lines between the digital and physical worlds. This type of MR opens the door to a whole new realm of possibilities for game developers and players alike, and we can't wait to continue to experiment and build from here.

https://www.meta.com/blog/ghostbusters-rise-ghost-lord-sony-ndreams-vr-slimer/

A GAME MODE FOR EVERY GHOSTBUSTER
Mini-Pufts have invaded your living in Mini-Puft Mayhem! Blast them away with the power of Meta Quest 3's unique mixed reality capabilities.

Join our community on the Ghostbusters Discord for info, tips, and game support!
https://discord.gg/ndreams

https://www.meta.com/experiences/ghostbusters-rise-of-the-ghost-lord/4746232908818706/

| | |
|---|---|
| | <br>https://youtu.be/mF3bKOfyx-0?si=fRRCMBjbOtrfHjto |
| an accelerometer disposed within the device body to detect acceleration of the device; and | The accused instrumentality, at least in internal testing and usage, discloses an accelerometer (i.e., accelerometer of the AR/VR headset such as Meta Quest) disposed within the device body (i.e., the body of the AR/VR headset such as Meta Quest) to detect acceleration of the device (i.e., the AR/VR headset such as Meta Quest).<br><br>As shown below, the accused instrumentality induces its users to use an AR/VR headset such as Meta Quest 3 to play the game. It must have utilized the headset for internal testing and usages. The headset comprises a device body. The AR/VR headset utilizes |

| | |
|---|---|
| | inside-out tracking with embedded sensors that include accelerometers (i.e., accelerometer) which work together to provide information about the headset’s movement, position and orientation (i.e., acceleration of the device, etc.).<br><br>We're excited to team up once again with Sony Pictures Virtual Reality to reveal a brand new story trailer for **Ghostbusters: Rise of the Ghost Lord**. Debuted at the latest **Meta Quest Gaming Showcase**, uncover new details on the larger-than-life supervillain Ghost Lord.<br>https://ndreams.com/news/ghostbusters-rise-of-the-ghost-lord-story-trailer<br><br><br>https://ndreams.com/games/ghostbustersvr |




https://www.meta.com/quest/quest-3/

Meta Quest headsets (HMD) use inside-out tracking, a technology that tracks the HMD's position in 3D space using embedded sensors and cameras. These sensors include accelerometers, gyroscopes, and magnetometers, which work together to provide information about the HMD's movement and orientation. This eliminates the need for placing external sensors in the environment, making the device more convenient and user-friendly.

Depending on the hardware version, some headsets may also include additional hardware features that provide even more ways for users to interact. These features can include an MR button placed on the side of the HMD that toggles passthrough, allowing users to easily switch between seeing their physical or virtual environment, or eye tracking sensors located inside the HMD that enable users to target objects by gazing at them.

| | |
|---|---|
| | https://developers.meta.com/horizon/design/head-technology/<br><br>Meta Quest controllers are equipped with a variety of sensors, including an accelerometer and gyroscope, which continuously monitor their movement, orientation, and position. Additional sensors such as cameras and an array of infrared LEDs enhance the precision of tracking in 3D space. The Meta Quest headset's (HMD) own sensors also play a crucial role in accurately determining the controllers' location and movements. In addition to spatial tracking, the controllers feature buttons, triggers, and thumbsticks that enable users to interact with virtual content in diverse ways. These inputs are wirelessly transmitted to the Meta Quest headset and processed to produce corresponding actions.<br><br>https://developers.meta.com/horizon/design/controllers-technology/<br><br>• TDK-InvenSense ICM-42686-P 6-axis accelerometer & gyroscope<br>• Allegro MicroSystems A1392 hall effect sensor<br>• Allegro MicroSystems A1393 hall effect sensor<br><br>https://www.ifixit.com/Guide/Meta+Quest+3+Chip+ID/165932 |
| a module to compare a professional motion with a user motion to improve a play. | The accused instrumentality, at least in internal testing and usage, discloses a module (i.e., Game Progress feature) to compare (i.e., versus) a professional motion (i.e., total jobs) with a user motion (i.e., jobs completed) to improve a play (i.e., earn trophies for each complete job). |

| | |
|---|---|
| | As shown below, the Game Progress feature of nDreams Ghostbusters: Rise of the Ghost Lord shows how many jobs the player has completed out of the total jobs. It also tracks equipment upgrades, ghosts discovered, and costumes unlocked during the game. A progress bar shows the percentage of the game completed by the user. In addition, gold trophies such as Tether 25 ghosts, Stun 100 ghosts, Trap 50 ghosts, and Complete 100 jobs show the player's progress toward set goals.<br><br>**Game Progress**<br><br>In the Ghostbusters Headquarters, players can track their progress in the game by looking at the computer monitor at the desk near Ecto-1. It will display how many jobs were completed versus total jobs, how many equipment upgrades were added, how many ghosts were discovered, and how many costumes were unlocked. A bar will show by percentage how much of the game is completed.<br><br>https://ghostbusters.fandom.com/wiki/Ghostbusters:_Rise_of_the_Ghost_Lord |



## Trophies

There are 23 total trophies a player can earn: 6 bronze, 9 silver, 7 gold, and 1 platinum.

- I love this town!
  - Unlock all trophies.
  - Platinum
- Hold on tight!
  - Tether 25 ghosts.
  - Gold
- Super stunner
  - Stun 100 ghosts.
  - Gold
- No job is too big! No fee is too big!
  - Trap 50 ghosts.
  - Gold
- Saving Cities Is What We Do
  - Complete 100 jobs.
  - Gold

https://ghostbusters.fandom.com/wiki/Ghostbusters:_Rise_of_the_Ghost_Lord#Trophies

| | |
|---|---|
| | <ul><li>Jobs Completed<ul><li>42 Total</li><li>52 Total as of November 16, 2023</li><li>62 Total as of December 15, 2023</li><li>63 Total as of March 28, 2024</li></ul></li><li>Equipment Upgrades<ul><li>38 Total</li><li>35 Total as of March 28, 2024</li></ul></li><li>Ghosts Discovered<ul><li>34 Total</li><li>29 Total as of November 16, 2023</li><li>30 Total as of December 15, 2023</li><li>39 Total as of March 28, 2024</li></ul></li><li>Costumes Unlocked<ul><li>18 Total</li></ul></li></ul>https://ghostbusters.fandom.com/wiki/Ghostbusters:_Rise_of_the_Ghost_Lord |

| | |
|---|---|
| | **Missions**<br><br>The player starts the game at Hookfaber Mansion then the next level is the official job as a Ghostbuster: dealing with an Infestation at the Hookfaber Factory. After finishing both missions, the player can choose from five locations, each having their own version of four general missions. The four general missions that players can try for the five locations (Alcatraz, Golden Gate Bridge, Sewers, Chinatown, and Factory) each have their own unique prompt. There are also harder versions of these missions that display as "Extreme." Once enough of the game is played, a new mission will be selectable: Ghost Lord Battle. Players return to Hookfaber Mansion in search of a Summoning Staff but are drawn into a final showdown with Ghost Lord called Golden Gate Bridge – Bridge Finale. The game progress screen at the desk in Headquarters tracks the total possible missions the player completes for a total of 42. As of November 16, 2023, the Heist & Seek mission was added which increased the total to 52. As of December 15, 2023, the Infestation mission was added which increased the total to 62. As of January 31, 2024, the Slimer Hunt mission was added which increased the total to 63. As of March 28, 2024, the five Frozen Empire missions were not added to the total count which remains at 63.<br><br>https://ghostbusters.fandom.com/wiki/Ghostbusters:_Rise_of_the_Ghost_Lord<br><br>Immerse yourself in the thrills and fun of bustin' ghosts like never before on Meta Quest 2, 3, and Pro. Quash a Mini-Pufts invasion in your own home with the exclusive MR game mode Mini-Puft Mayhem. Save the city of San Francisco in a narrative campaign or team up with friends for some co-op action.<br><br>https://www.meta.com/blog/ghostbusters-rise-ghost-lord-sony-ndreams-vr-slimer/ |

| | |
|---|---|
| | **Tell us about the MR game mode.**<br><br>**JZ:** The MR game mode in *Ghostbusters: Rise of the Ghost Lord* offers an engaging and immersive experience that allows you to transform your home into a playground for battling an invasion of mischievous Mini-Pufts, those playful yet destructive marshmallow ghosts, right in your living room. This MR game mode not only provides an unprecedented level of interactivity but also allows players to enjoy the game in their real-life environment, blurring the lines between the digital and physical worlds. This type of MR opens the door to a whole new realm of possibilities for game developers and players alike, and we can't wait to continue to experiment and build from here.<br><br>https://www.meta.com/blog/ghostbusters-rise-ghost-lord-sony-ndreams-vr-slimer/ |